COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-15-00886-CV |
| Style: | In the Interest of B.J., Jr., B.J., D.L., D.L., Children |
| Date motion filed[*]: | October 27, 2015 |
| Type of motion: | Motion for extension of time to file reporter's record |
| Party filing motion: | Court reporter (Geneva Villanueva) |
| Document to be filed: | Reporter's record (approximately 30 pages covering 1 day of testimony) |

Is appeal accelerated?     Yes

If motion to extend time:

| | |
|---|---|
| Original due date: | October 26, 2015 |
| Number of previous extensions granted: | Current Due date: |
| Date Requested: | November 13, 2015 |

Ordered that motion is:

☑ **Granted in part**

    If document is to be filed, document due:  **November 6, 2015**

    ☑ **The Court will not grant additional motions to extend time.**

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

**Because this is a termination case, the Court is required to bring this appeal to final disposition within 180 days of the date the notice of appeal was filed so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. F app. (West 2013). Accordingly, the motion is granted in part and the time to file this reporter's record is extended to November 6, 2015. No further extensions will be granted.**

Judge's signature:  /s/ Terry Jennings
         ☑ Acting individually    ☐ Acting for the Court

Panel consists of  _____

Date:  October 29, 2015